

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,093-01

**EX PARTE JAMES WESTLEY SWANSON, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. W10-40964-P(A) IN THE 203RD DISTRICT COURT
## FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of engaging in organized criminal activity and sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant contends that his sentence is illegal. He writes: "This should have been a state jail felony offense but when Applicant's deferred probation was revoked, he was sentenced to two years in the penitentiary. This was an illegal sentence."

The trial court made findings of fact and conclusions of law and recommended that we grant

relief.  We disagree.  Applicant's sentence is not illegal.  Except as provided by in Subsection (c) of the statute, the punishment range for a state jail felony is 180 days to 2 years.  TEX. PEN. CODE § 12.35(a).  Applicant was sentenced within the statutory punishment range.  Relief is denied.

Filed: October 1, 2014
Do not publish